Campbell
-v-
City of Memphis

19-2706

SHERYL H. LIPMAN

Campbell
-v-
City of Memphis

19-2706

DIANE K. VESCOVO