# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| **MICHELLE A. CAMPBELL,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )   No. **2:19-cv-2706-SHL-dkv** |
| | )   **JURY DEMAND** |
| **CITY OF MEMPHIS,** | ) |
| | ) |
| **Defendant.** | ) |

## DEFENDANT CITY OF MEMPHIS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

Defendant City of Memphis moves for an extension of time until December 19, 2019, to answer or otherwise respond to Plaintiff's Complaint. In support of the instant Motion, Defendant states as follows:

1. Plaintiff filed the instant Complaint on October 16, 2019. (ECF No. 1.)

2. Plaintiff served Defendant City of Memphis on October 31, 2019. (ECF No. 9.)

3. Counsel for Defendant filed a Notice of Appearance on November 15, 2019. (ECF No. 11.)

4. Undersigned counsel has diligently worked to acquire the necessary factual information to respond adequately to Plaintiff's Complaint but requires additional time to evaluate Defendant's potential defenses.

5. Undersigned counsel is certain that the additional time requested will provide sufficient time to determine all appropriate defenses in this matter.

6. The purpose of this request is not to cause delay.

7. Plaintiff does not oppose extension of time for Defendant to answer or otherwise respond.

WHEREFORE, PREMISES CONSDIERED, Defendant prays the Court grant it an extension of time until December 19, 2019, to answer or otherwise respond to Plaintiff's Complaint.

Respectfully submitted, this 20th day of November 2019.

                BURCH, PORTER & JOHNSON, PLLC

                /s/ Sarah E. Stuart
                Tannera George Gibson (BPR #27779)
                Melisa T. Moore (BPR #28709)
                Sarah E. Stuart (BPR #35329)
                130 North Court Avenue
                Memphis, Tennessee 31803
                (901) 524-5000 Telephone
                (901) 524-5024 Facsimile
                tgibson@bpjlaw.com
                mmoore@bpjlaw.com
                sstuart@bpjlaw.com

                *Counsel for Defendant City of Memphis*

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was forwarded via the Court's electronic filing system this 20th day of November, 2019 to counsel of record for this matter.

                /s/ Sarah E. Stuart

### CERTIFICATE OF CONSULTATION

The undersigned hereby certifies that counsel for Defendant consulted with counsel for Plaintiff by email on November 19, 2019, and Plaintiff does not oppose this motion.

                /s/ Sarah E. Stuart